UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES KEYS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:09cv1043 TCM |
| | ) |
| CYNTHIA HERMAN, JOAN MORIORTY, | ) |
| and JENNIFER JOYCE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court upon its own motion. Plaintiff, a prisoner, has submitted a motion to proceed in forma pauperis. He has failed, however, to file a certified copy of his prison account statement as required by 28 U.S.C. § 1915(a). Consequently, the Court will order Plaintiff to submit a certified copy of his prison account statement within thirty days of the date of this Order. If Plaintiff fails to comply with this Order, this action will be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall submit a certified copy of his prison account statement within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, this action will be dismissed without prejudice.

Dated this 13th day of July , 2009.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE